**Order entered September 19, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00730-CV

**TFHSP SERIES LLC, SERIES 03, Appellant**

**V.**

**MIDFIRST BANK, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11478-L**

## ORDER

We **GRANT** appellant's September 17, 2014 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court on September 15, 2014 filed as of the date of this order.

/s/　　CRAIG STODDART
　　　　JUSTICE